UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:10-CR-19 |
| | ) | |
| MARTIN MARTIN-PEDRO | ) | |

**O R D E R**

On March 30, 2010, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of

the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of

the Indictment; and (c) Defendant shall remain in custody pending sentencing in this matter

(Doc. 18).  Neither party filed an objection within the given fourteen days.  After reviewing the

record, the Court agrees with the magistrate judge's report and recommendation.  Accordingly,

the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant

to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday,**

**June 28,  2010, at 2:00 pm.**

**SO ORDERED.**

**ENTER:**

                                              */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE